IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCI BADGEROW                                                                                    PLAINTIFF

    vs.                                       NO.  09-5023

WAL-MART STORES, INC. ,  et al.                                                      DEFENDANT

## CLERK'S ORDER OF DISMISSAL

   On this 13th day of February, 2009, the plaintiff herein having filed his Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

  IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  /s/ June Newland
      Deputy Clerk